UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | ) | Case No. 23-30142 |
| | ) | |
| Steven J. Pacholyk | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor (s) | ) | January 22, 2024 |
| | ) | |

### CERTIFICATION OF SERVICE

This is to certify that a copy of the Notice of Confirmation Hearing and Second Amended Plan was mailed electronically to:

**Roberta Napolitano, Trustee**, 10 Columbus Boulevard, Hartford, Connecticut 06106 at notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com;

**U. S. Trustee**, 150 Court Street, New Haven, Connecticut 06510 at USTPRegion02.NH.ECF@USDOJ.GOV;

**Patrick Crook, Esquire** at pcrook@ch13rn.com (Attorney for Trustee)

**Kevin P. Polansky, Esquire** at kevin.polansky@nelsonmullins.com, gerri.robillard@nelsonmullins.com (Attorney for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2, c/o Fay Servicing, LLC);

**Maria A. Santos, Esquire** at maria.santos@ct.gov (Attorney for State of Connecticut, Department of Revenue Services)

**Linda St. Pierre, Esquire** at bankruptcyecfmail@mccalla.com, Linda.St.Pierre@mccalla.com, mccallaecf@courtdrive.com (Attorney for JPMorgan Chase Bank, National Association).

and mailed via regular first-class mail on or before January 22, 2024 to:

**Bank of America, N.A.**
**Attn: President and/or Officer**
P O Box 673033
Dallas, TX 75267-3033

**Quantum3 Group LLC as Agent**
**for Genesis FS Card Svcs**
**Attn: President and/or Officer**

P O Box 788
Kirkland, WA 98083-0788

**Internal Revenue Service**
**District Counsel**
333 East River Drive
Commerce Center One, Suite 200
East Hartford, CT 06108

**United States Attorney**
**Attn: Civil Process Clerk**
157 Church Street, 25th Floor
New Haven, CT 06510

**Attorney General of the United States**
**U. S. Department of Justice**
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

**Internal Revenue Service**
**Attn:  President and/or Officer**
P O Box 7346
Philadelphia, PA 19101-7346

**Merrick Bank**
**Attn: President and/or Officer**
**Resurgent Capital Services**
P O Box 10368
Greenville, SC 29603-0368

**PYOD, LLC**
**Attn: President and/or Officer**
**Resurgent Capital Services**
P O Box 19008
Greenville, SC 29602

**Wilmington Trust, N.A.**
**c/o Fay Servicing**
**Attn: President and/or Officer**
P O Box 814609
Dallas, TX 75381-4609

**Capital One, N.A.**
**American InfoSource as agent**
**Attn: President and/or Officer**
4515 N Santa Fe Ave.

Oklahoma City, OK 73118

**JPMorgan Chase Bank, National Association**
**Chase Records Center Attn: Correspondence**
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203

**State Of Connecticut**
**Department Of Revenue Services**
Coll Unit, Bk Team
450 Columbus Blvd, Ste 1
Hartford, CT 06103-1837

**Estate of James Ostrander**
**c/o Charles A. Eggert, Jr. Esq**
Nine Trumbull Street
New Haven, CT 06511

**Katy Armenia, Esquire**
**Committee For Sale**
23-192 Woodland Road
Madison, CT 06443

**Law Off of Alexander Schwartz**
**Attn: Alexander Schwartz, Esq**
2425 Post Road, Suite 301
Southport, CT 06890

**Maurits van Eck**
102 Main Street
Tenants Harbor, ME 04860

**Rome Clifford Katz & Koerner L**
**Attn: President and/or Officer**
214 Main Street
Hartford, CT 06106

**Schreiber Law LLC**
**Attn: President and/or Officer**
53 Stiles Road, Ste A102
Salem, NH 03079-2890

**U.S. Dept of the Treasury, IRS**
**Brookhaven, IRS Ctr, COIC Unit**
**Attn: President and/or Officer**

P O Box 9007
Holtsville, NY 11742-9007

**Steven J. Pacholyk**
62 Allison Drive
Madison, CT 06443

THE DEBTOR(S)

BY: _____

George C. Tzepos, Esquire
Law Offices of George C. Tzepos
444 Middlebury Road
Middlebury, Connecticut 06762
(203) 598-0520
zepseven@sbcglobal.net
Bar No. ct00580